TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316 CR-FERGUSON

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEFFREY SIBILLE and
GARY BRENT CARLISLE,

Defendants.

FILED BY D.C.
00 NOV -2 PM 3:25
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about October 19, 2000, at Broward County, in the Southern District of Florida, the defendants,

JEFFREY SIBILLE and
GARY BRENT CARLISLE,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury, to distribute a Schedule II controlled substance, that is, at least fifty (50) grams of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).



All in violation of Title 21, United States Code, Section 846.

COUNT II

On or about October 19, 2000, at Broward County, in the Southern District of Florida, the defendants,

JEFFREY SIBILLE and
GARY BRENT CARLISLE,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least fifty (50) grams of a methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

JEFFREY SIBILLE, et al

CASE NO. ______

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

**Court Division:** (Select One)

___ Miami ___ Key West
X FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
List language and/or dialect English

4. This case will take 2 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) No
If yes:
Judge: ______ Case No. ______
(Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) No
If yes:
Magistrate Case No. ______
Related Miscellaneous numbers: ______
Defendant(s) in federal custody as of ______
Defendant(s) in state custody as of ______
Rule 20 from the ______ District of ______

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes X No If yes, was it pending in the Central Region? _ Yes X No

8. Did this case originate in the Narcotics Section, Miami? _ Yes X No

[signature]

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached

REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: GARY BRENT CARLISLE NO. ____________

Count #I: 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute Methamphetamine

*Max. Penalty: 10 years' mandatory minimum imprisonment to life; $4,000,000 fine

Count #II: 21 U.S.C. § 841(a)(1) Possess with Intent to Distribute Methamphetamine

*Max. Penalty: 10 years' mandatory minimum imprisonment to life; $4,000,000 fine

Count #: ____________

*Max. Penalty: ____________

Count # ____________

*Max. Penalty: ____________

Count #: ____________

Max. Penalty: ____________

Count#: ____________

*Max. Penalty: ____________

Count #: ____________

*Max. Penalty: ____________

Count #: ____________

*Max. Penalty: ____________

Count #: ____________

*Max. Penalty: ____________

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: JEFFREY SIBILLE NO. ____________

Count #I: 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute Methamphetamine

*Max. Penalty: 10 years' mandatory minimum to life imprisonment; $4,000,000 fine

Count #II: 21 U.S.C. § 841(a)(1) Possess with Intent to Distribute Methamphetamine

*Max. Penalty: 10 years' mandatory minimum imprisonment to life; $4,000,000 fine

Count #: ____________

*Max. Penalty: ____________

Count # ____________

*Max. Penalty: ____________

Count #: ____________

Max. Penalty: ____________

Count#: ____________

*Max. Penalty: ____________

Count #: ____________

*Max. Penalty: ____________

Count #: ____________

*Max. Penalty: ____________

Count #: ____________

*Max. Penalty: ____________

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96



*No. 04384*

# *UNITED STATES DISTRICT COURT*

**Southern** District of **Florida**

Central Criminal Division

## *THE UNITED STATES OF AMERICA*

vs.

JEFFREY SIBILLE and
GARY BRENT CARLISLE

## *INDICTMENT*

21 USC § 841(a)(1)
21 USC § 846
18 USC § 2

*A true bill.*

*Foreperson*

*Filed in open court this* ______ *day,*

*of* ______ *A.D. 19* ______

*Clerk*

*Bail, $* ______