# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

GARY BRENT CARLISLE

**WARRANT FOR ARREST**

**CASE NUMBER:**

## 00-6316

CR-FERGUSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GARY BRENT CARLISLE _____
Name

MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine;

in violation of Title 21 & 18 United States Code, Section(s) 846, 841(a)(1) and 2

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

BSS
Bail fixed at $ Pre-trial Detention Recommended

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

November 2, 2000, Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer; U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |