## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | GARY BRENT CARLISLE (J) | CASE NO: | 00-6316-CR-FERGUSON |
| AUSA: | TERRY THOMPSON / Bowell | ATTY: | Rick Freedman (Temp) |
| AGENT: | | VIOL: | 21 usc 846; 841(a)(1) |
| PROCEEDING: | I/A ON SEALED INDICTMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by
NOV 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't ore tenus
motion to unseal
granted

temp cnsl present

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-22 | 10 | Seltzer | ✓ |
| PTD/BOND HEARING: | 11-22 | 10 | Seltzer | ✓ |
| PRELIM/ARRAIGN OR REMOVAL: | 11-22 | 10 | Seltzer | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 11/15/00   TIME: 11:00   FTL/LSS TAPE # 00 - 058   Begin: 1957   End: 2084