UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  :

v.  :   CASE NO. _00-6316-CR-Ferguson_

_GARY CARLISLE_  :

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by ___ D.C.
NOV 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW _DAN LURVEY_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) _DAN LURVEY_

Counsel's Signature _[signature] for DL_

Address _One NE 2nd Ave, Ste 200_

_MIAMI_  Zip Code: _33132_

Telephone _305-358-1100 / 954-433-9777_

Fax _305-358-2503_

