# United States District Court

SOUTHERN DISTRICT OF FLORIDA 519915

UNITED STATES OF AMERICA

V.

GARY BRENT CARLISLE

TO: **The United States Marshal
and any Authorized United States Officer**

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6316
CR-FERGUSON**

YOU ARE HEREBY COMMANDED to arrest _____ GARY BRENT CARLISLE _____
Name

MAGISTRATE JUDGE
SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine;

in violation of Title 21 & 18 United States Code, Section(s) 846, 841(a)(1) and 2

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention Recommended

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

November 2, 2000 Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Detainer pick-up from Broward Co Sheriff |||
| DATE RECEIVED 11/2/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, USM Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Ed Purchase, SDUSM |
| DATE OF ARREST 11/15/2000 | | |