UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55542-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6316-CR-WDF
                          ) REPORT COMMENCING CRIMINAL
        -vs-              )            ACTION
                          )
GARY BRENT CARLISLE       )
                Defendant

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11-14-00 _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: CONSP PWID METHAMPTAMINE

(4) U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 4-25-73

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 11-14-00  (9) Arresting Officer: _____

(10) Agency: USMS _____  (11) Phone: _____

(12) Comments: _____