COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Gary Brent Carlisle (J)#     CASE NO: 00-6316-CR-Ferguson
AUSA: Terry Thompson               ATTNY: ~~Rick Freedman~~ Pendurvey (+ temporary atty.)
AGENT:                             VIOL:
PROCEEDING: PTD HEARING/Inquiry re  BOND REC:
BOND HEARING HELD - yes/(no) counsel/Arraignment   COUNSEL APPOINTED:

X  BOND SET @ $200,000.00 Corporate Surety Bond
CO-SIGNATURES: w/ nebbia
SPECIAL CONDITIONS: Both parties reserve their rights to schedule a hearing for detention at a later date.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

NOV 2 2 2000

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-27-00 | 11:00 | Seltzer |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 11-27-00 | 11:00 | Seltzer |
| STATUS CONFERENCE: | | | |

DATE: 11-22-00    TIME: 10:00am    TAPE # 00-092    PG # 3410-3284
-093 (51-179) 16