COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | |
|---|---|---|
| DEFT: | Gary Carlisle (J)# | CASE NO: 00-6316-CR-Ferguson |
| AUSA: | Terry Thompson *Bradfeld* | ATTNY: Dan Lurvey (temp) |
| AGENT: | | VIOL: |
| PROCEEDING: | Inquiry re counsel/ Arraignment | BOND REC: |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ____

____ BOND SET @ ____

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House ____
    ____ Electronic Monitoring ____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 12-1-00 | 11:00 | BSS |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-1-00 | 11:00 | BSS |
| STATUS CONFERENCE: | | | |

DATE: 11-27-00    TIME: 11:00am    TAPE # 00-094    PG # 8

397-415    22