U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Gary Carlisle (J)# | CASE NO: | 00-6316-CR-Ferguson |
| AUSA: | Terry Thompson /Bridges/ | ATTNY: | Dan Lurvey not retained |
| AGENT: | | VIOL: | Bernardo Lopez |
| PROCEEDING: | Inquiry re counsel/ Arraignment | BOND REC: | FPD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

DEC 1 2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House
    _____ Electronic Monitoring

A-sworn for Counsel
FPD apptd.

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-15-00 | 11:00am | WSS |
| STATUS CONFERENCE: | | | |
| DATE: 12-1-00 | TIME: 11:00am | TAPE # 00-0096 | 3 |

2698 — 2841
3178 —