HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

FILED by DEC 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __LAZARO RODRIGUEZ__ CASE NO: ~~00-6332-CR-DIMITROULEAS~~

AUSA __BERTHA MITRANI__ /Bertifield/ ATTY __RICHARD DOCOBO__  00-066

Lozano for Hunt
FPD for MARGOT GEORGE

Plea out. Cal call 1-3. for 2 notice @ 3024

DEFT __GARY CARLISLE__ CASE NO: __00-6316-CR-FERGUSON__

AUSA __TERRY THOMPSON__ /Berifield/ ATTY FPD — Lopez for Finnegan

Disc handed out in open court
Will be a trial m/date 1/29   @ 2115

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __12/15/00__  TIME __11:00__

34