UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

GARY CARLISLE,    :

    Defendant.    :

_____

**STATUS REPORT**

A status conference was held in this cause on December 15, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was turned over to defense counsel at the status conference.

2. Counsel for the defendant shall have until December 21, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this _15_ day of December, 2000.

                                                _/s/ Lurana S. Snow_
                                                LURANA S. SNOW
                                                CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terry Thompson (FTL)
Stephen Pave, Esq.