UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,

        vs.

GARY B. CARLISLE, (J)
                    Defendant.

_____/



FILED by _____ D.C.

JAN 2 4 ?

CLERKED E ... ..OX
C'E ... U.S. D'S! CT.
S.D. C/ FLA FT. LAUD.

MINUTES
CHANGE OF PLEA

        On January 24, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Samuel Smargon, AFPD, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) _one_ of the Indictment.  After the defendant was duly sworn, the Court made inquiry as to guilt.  The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

        Whereupon:

    ( )     The Court proceeded to pronounce sentence.

    (X)     The Court postponed sentencing until _3/30/01_ at
            10:30 a.m.,

    ( )     and the defendant was allowed to remain on present
            bond until then;

    ( )     and the defendant remanded to the custody of the
            U.S. Marshal until a $_____ bond is posted;

    (X)     and the defendant was remanded to the custody of the
            U.S. Marshal awaiting sentencing.

Judge _Wilkie D. Ferguson, JR._
Reporter_Paul Haferling_
Clerk _Troy T. Walker_

55