SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APR 26

CASE # 00-6316-CR-WDF

DEFENDANT: Ray Carlisle
JUDGE: WILKIE D. FERGUSON
Deputy Clerk: TROY T. WALKER
DATE: April 26, 2001
Court Reporter: Brynn Dockstader
USPO: Ed Cooly
AUSA: D. Washington
Deft's Counsel: Sam Smargon, AFPD

COUNTS DISMISSED ___ All Others _____
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months 20    Counts 1

Supervised Release  3 yrs (see J:C for details)

Probation    Years    Months    Counts

Comments _____

Assessment $ 100.00    Fine $ ~~~~~ 2,500.00

Restitution /Other _____
**CUSTODY**
✓ Remanded to the Custody of the U. S. Marshal Service ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

92